# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Alcaraz, | No. CV-16-00206-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., with Prejudice (Doc. 18).

**IT IS ORDERED** that the Stipulation for Dismissal (Doc. 18) is **granted**. Defendant Experian Information Solutions, Inc. is **dismissed from this action with prejudice**, with each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

Dated this 16th day of September, 2016.

_____
Honorable Rosemary Márquez
United States District Judge